UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:24-cr-35-SPC-NPM

JOSHUA LEON TYREE

### PRELIMINARY ORDER OF FORFEITURE

Before the court is the United States' Motion for a Preliminary Order of Forfeiture. (Doc. 51). Now that Defendant has been adjudicated guilty, the Government seeks a preliminary order forfeiting his interest in the **Repeating Arms, .22 caliber rifle, model H004M, serial number GB156203M** (hereinafter "asset"), which was seized from the defendant on or about December 21, 2023. *See* 18 U.S.C. § 924(d), 21 U.S.C. § 853, 28 U.S.C. § 2461(c); Fed. R. Crim. P. 32.2(b)(2).

In so moving, the Government has connected the above asset to the adjudicated offenses. The Court thus finds the United States is entitled to possession of the above asset.

Accordingly, it is now

**ORDERED**:

The United States' Motion for Preliminary Order of Forfeiture (Doc. 51) is **GRANTED**.

1. The asset is **FORFEITED** to the United States for disposition according to law and subject to 18 U.S.C. § 924(d), 21 U.S.C. § 853, 28 U.S.C. § 2461(c) and Rule 32.2(b)(2).

This Order will become a final order of forfeiture as to Defendant at sentencing.

Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the asset.

DONE and ORDERED in Fort Myers, Florida, on December 30, 2024.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:
Suzanne C. Nebesky, AUSA
Counsel of Record